IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Indictment No. 1:15-CR-351-WSD-JSA |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S MOTION TO TRAVEL OUTSIDE OF THE JURISDICTION** |
| CHARONDA EDWARDS, | ) |
| Defendant. | ) |

## **MOTION FOR PERMISSION TO TRAVEL**

COMES NOW Defendant, CHARONDA EDWARDS, by and through undersigned counsel, and requests that this Court grant her permission to travel to Casselberry, Florida from July 22-23, 2017.

In support of her motion, Ms. Edwards shows the following:

(1)

Ms. Edwards was sentenced in this case on July 11, 2017. This honorable Court allowed her to voluntary surrender upon notice from the Bureau of Prisons.

(2)

Ms. Edwards' family resides in Florida. On July 22, 2017, a large surprise party is being held to honor her father, Ronnie Edwards' 60th birthday. A copy of the invitation with the exact date, time and location is attached hereto as Exhibit A. Ms. Edwards respectfully requests that this Court allow her to travel to attend the celebration.

(3)

Ms. Edwards has been on bond in this matter since September 24, 2015. After her guilty plea on February 3, 2016, Ms. Edwards was required to put up additional bond which included location monitoring and a curfew. Since her arrest, Ms. Edwards has been fully compliant with the conditions of her bond. Ms. Edwards spoke with her Probation Officer about her request for travel and he indicated that she would have to get permission from the Court.

(4)

Ms. Edwards respectfully requests that the Court grant her motion and allow her to travel from July 22-23, 2017 to Casselberry, Florida to attend her father's birthday celebration.

DATED: July 17, 2017

Respectfully Submitted,

s/Drew Findling
Drew Findling
Georgia Bar No. 260425

s/Marissa Goldberg
Marissa Goldberg
Georgia Bar No. 672798

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARONDA EDWARDS, ) <br> ) <br> Defendant. ) | Criminal Indictment No. 1:15-CR-351-WSD-JSA <br><br> **DEFENDANT'S MOTION TO TRAVEL OUTSIDE OF THE JURISDICTION** |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of the within and foregoing Motions:

DEFENDANT'S MOTION TO TRAVEL OUTSIDE OF THE JURISDICTION

By electronic service:

    Assistant United States Attorney Erin Sanders

This 17th day of June, 2017.

                                        Respectfully submitted,

                                        _s/Marissa Goldberg_
                                        MARISSA GOLDBERG
                                        Georgia Bar No. 672798