

# Birthday CELEBRATION

In Honor of Ronnie Edwards

Join us as we celebrate Ronnie's 60th Birthday
Saturday, July 22nd @ 6pm
Crystal Ballroom
1271 SR 436 Suite 127, Casselberry, FL. 32707
RSVP by July 7th (386) 986-7786
Black & White Semi-Formal Event

